1 | NUETZEL & BLOMBERG LLP
VICTORIA R. NUETZEL # 115124
2 | 2033 N. Main Street, Suite 1060
Walnut Creek, CA 94596
3 | Telephone:  (925) 952-4500
Facsimile:   (925) 952-4502
4
5 | OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
THOMAS C. LEE #104624
6 | 300 Lakeside Drive
P.O. Box 12688
7 | Oakland, CA   94604-2688
Telephone: (510) 464-6034
8 | Facsimile:   (510) 464-6049

9 | Attorneys for Plaintiff and Counterdefendant
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br>　　　　Plaintiffs,<br>　　v.<br><br>SHERWOOD ELECTROMOTION, INC., a Canadian Corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD INC., a Connecticut Corporation and DOES 1 - 50, inclusive,<br>　　　　Defendants.<br>─────────────────────────<br>SHERWOOD ELECTROMOTION, INC., a Canadian Corporation,<br>　　　　Counterclaimant<br>　　v.<br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ,<br>　　　　Counterdefendant | Case No.: C04-1589 -WHA<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL |

C04-1589 WHA
Stip and [Prop] Order of Dismissal

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, by and through their respective attorneys, that the above entitled action, including all counter claims, shall be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a) (1).  It is further agreed that each party shall bear its own attorneys fees and costs

DATED: August 30, 2005                                           NUETZEL & BLOMBERG LLP

                                                                               BY:_____/s/_____
                                                                                         Victoria R. Nuetzel
                                                                               Attorneys for San Francisco
                                                                               Bay Area Rapid Transit District

DATED: August 30, 2005                                           THELEN REID & PRIEST LLP

                                                                               BY:_____/s/_____
                                                                                         Scott Hennigh
                                                                               Attorneys for Sherwood Electromotion, Inc.
                                                                               and National Fire Insurance Company of
                                                                               Hartford, Inc.

C04-1589 WHA
Stip and [Prop] Order of Dismissal                    - 2 -

**ORDER**

IT IS HEREBY ORDERED that this entire action be dismissed with prejudice.

The Court retains no jurisdiction to enforce any settlement agreement between the parties. The Clerk **SHALL CLOSE THE FILE.**

DATED: September 1, 2005

_____
William H. Alsup
United States District Judge